**ELICE M. EUBANKS,** widow of **W. F. EUBANKS,** deceased, et al., v. **ATLANTIC MUNICIPAL CORPORATION,** a corporation organized and existing under the laws of the State of Delaware, authorized to do business in the State of Florida.

9 So. (2nd) 808                                                                    June Term, 1942
September 25, 1942                                                                   Division B
Rehearing denied October 20, 1942

*John R. Parkinson* and *William A. Spence,* for appellants.
*Curtis Basch,* for appellee.

PER CURIAM:
The appellant having failed clearly to show error in the entry of the order from which the appeal was taken the action of the lower court is affirmed.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, JJ., concur.